MSSB-NCAC (4/24)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

In re: Walton, Mary Ann

Case No.: 21-01777

Chapter: 13

_Debtor(s)_

## Notice of Change of Address for Creditor

Wordboth Holdings LLC _____ (Creditor) hereby gives notice of its new address:

**Current Notice Address:** (As shown on matrix)
Allied Servicing Corporation
3019 N Argonne Rd
Spokane Valley WA 99212

**New Notice Address:**
Wordbot Holdings LLC
12804 Poplar Creek Dr
Fairfax VA 22033

**New Payment Address:** (If applicable)
Allied Servicing Corporation
PO Box 13245
Spokane Valley WA 99213-3245

**Proof of Claim Number(s):** 9-1
(If applicable)

**Reason for Change of Address:**
☐ New Loan Servicer[1]
☐ New Location
☑ Other  servicer moved

Prepared By:
Signature: _[signature]_
Name: Melissa M Bolling
Title: President
Phone No: 509-893-0240

Address: Allied Servicing Corporation
PO Box 13245
Spokane Valley WA 99213-3245

---

[1] Do not use this form when the proof of claim lists the prior servicer as the creditor (owner of the loan). Instead, you must file a transfer of claim to transfer the existing claim to the new servicer.

Page 1 of 2

MSSB-NCAC (4/24)

## Certificate of Service

    I hereby certify that a copy of the foregoing Notice of Change of Address was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on 11/25/2025 addressed to:
       (Date)

Debtor(s):

Mary Ann Walton

699 Andrew Chapel Rd

Brandon MS 39042

Melissa M Bolling
Name

*[signature]*
Signature

Allied Servicing Corporation
1010 N Normandie Ste 204
Spokane WA 99201
MMB

SPOKANE WA 990
26 NOV 2025 PM 1 L

PITNEY BOWES
$0.74 Q
US POSTAGE
FIRST-CLASS
028W0002311242
2000414266
ZIP 99201
NOV 25 2025

US Bankruptcy Court
Southern District of Mississippi
RECEIVED
DEC - 1 2025
By: Danny L. Miller, Clerk of Court
_____ Deputy Clerk

US Bankruptcy Court
Thad Cochran United States Courthouse
501 E Court St Ste 2.300
Jackson MS 39201