**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI**


**IN RE: MARY ANN WALTON**                    **CHAPTER 13 NO: 21-01777-JAW**


**TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS**


PLEASE TAKE NOTICE that the above-referenced Debtor(s) have made all plan payments required to complete the confirmed Chapter 13 plan, filed in the above-styled and numbered bankruptcy proceeding.


Respectfully Submitted, this the **18th** day of **June 2026.**


/s/Torri Parker Martin
Torri Parker Martin
Chapter 13 Trustee
200 North Congress St., Suite 400
Jackson, MS 39201
Tel: 601-981-9100
Fax: 601-981-1983