United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                          Case No. 21-01777-JAW

Mary Ann Walton                                                    Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 17, 2026 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary Ann Walton, 505 Forest Lake Circle, Jackson, MS 39212-4626 |
| | + | Unified Brands Inc, ATTN Payroll Dept, 88 Armory Rd, Vicksburg, MS 39183-7431 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2026         Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brittany Smith Taylor | on behalf of Creditor Wordbot Holdings  LLC brittany.taylor@padgettlawgroup.com, Siedah.Jennings@padgettlawgroup.com;bkecf@padgettlawgroup.com;brittany.taylor@ecf.courtdrive.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Mary Ann Walton jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Joseph Justin Saffle | on behalf of Creditor Lendmark Financial Services justin@wilkinsonlawms.com  bk@wilkinsonlawms.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Mary Ann Walton trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | |

District/off: 0538-3        User: mssbad        Page 2 of 2

Date Rcvd: Jun 17, 2026        Form ID: pdf012        Total Noticed: 2

tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6

_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 17, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**Southern District of Mississippi**

**IN THE MATTER OF:**                                     **CASE NO.: 21-01777- JAW**
**MARY ANN WALTON**
**SS#:  XXX-XX-2535**

**RELEASE OF WAGES**

THE ORDER HERETOFOR ENTERED IN THESE PROCEEDINGS BY WHICH THE DEBTOR'S EMPLOYER:

UNIFIED BRANDS INC
ATTN PAYROLL DEPT
88 ARMORY RD
VICKSBURG, MS 39183-0000


WAS REQUIRED TO PAY THE ABOVE DEBTOR'S EARNINGS OR A PORTION THEREOF TO:

Torri Parker Martin
Standing Chapter 13 Trustee
200 NORTH CONGRESS STREET
SUITE 400
JACKSON, MS 39201-1902

IS VACATED FOR THE FOLLOWING REASON(S): PLAN PYMNTS COMPLETE


AND THE ABOVE-NAMED EMPLOYER WILL HENCEFORTH CEASE DEDUCTIONS OF ANY WAGES AND WILL ACCOUNT DIRECTLY TO THE EMPLOYEE FOR ANY WAGES EARNED.

##END OF ORDER##