**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Mary Ann Walton, Debtor**                    **Case No. 21-01777-JAW**
                                                        **Chapter 13**

## DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

   A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

   B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

   C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

   D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

   E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

   F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G.  No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H.  I have made all payments required by my confirmed Chapter 13 plan.

2.  Debtor hereby moves the court for the entry of a discharge order in this case.


Signed:  /s/ Mary Ann Walton_____          06-23-2026____
         Mary Ann Walton                                Date



         /s/ Thomas C. Rollins, Jr. _____       06-23-2026____
         Thomas C. Rollins, Jr., MS Bar No. 103469        Date
         Attorney for the Debtor
         The Rollins Law Firm, PLLC
         P.O. Box 13767
         Jackson, MS 39236
         601.500.5533

3.  Mailing address for filing responses:

Jackson Office:                          Gulfport Divisional Office:
Danny L. Miller, Clerk                   Danny L. Miller, Clerk
United States Bankruptcy Court           United States Bankruptcy Court
Thad Cochran US Courthouse               Dan M. Russell, Jr. U.S. Courthouse
501 E Court St, Ste 2.300                2012 15th St, Suite 244
Jackson, MS 39201                        Gulfport, MS 39501


### CERTIFICATE OF SERVICE

On June 23, 2026, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                              /s/ Thomas C. Rollins, Jr._____
                              Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

MARY ANN WALTON

CASE NO: 21-01777

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 6/23/2026, I did cause a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/23/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

MARY ANN WALTON

CASE NO: 21-01777

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 6/23/2026, a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/23/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 21-01777
SOUTHERN DISTRICT OF MISSISSIPPI
TUE JUN 23 9-52-50 PST 2026

LENDMARK FINANCIAL SERVICES
WILKINSON LAW FIRM PC  JUSTIN SAFFLE
511 KEYWOOD CIRCLE
FLOWOOD  MS 39232-3019

UNITED CREDIT OF FOREST
234A N WOODLAND DRIVE
FOREST  MS 39074-3308


EXCLUDE

EXCLUDE

(U)WORDBOT HOLDINGS  LLC

US BANKRUPTCY COURT
THAD COCHRAN US COURTHOUSE
501 E COURT STREET
SUITE 2300
JACKSON  MS 39201-5036

1ST HERITAGE CREDIT
3047 HWY 80 E
PEARL  MS 39208-3434


ALLIED FINANCIAL CORP
PO BOX 13245
SPOKANE  WA 99213-3245

BRITTANY SMITH TAYLOR
STEPHENS MILLIRONS  PC
FOR WORDBOT HOLDINGS  LLC
120 SEVEN CEDARS DRIVE
HUNTSVILLE  AL 35802-1692

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY  UT 84131-0293


CAPITAL ONE BANK (USA)  NA
BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

CASHNET USA
175 W JACKSON
STE 1000
CHICAGO  IL 60604-2863

CAVALRY PORTFOLIO
ATTN BANKRUPTCY
500 SUMMIT LAKE DR
SUITE 400
VAHALLA  NY 10595-2321


CAVALRY SPV I  LLC AS ASSIGNEE OF
CITIBANK  NATHE HOME DEPOT
500 SUMMIT LAKE DRIVE  STE 400
VALHALLA  NY 10595-2321

CITIBANK
701 EAST 60TH ST N
SIOUX FALLS  SD 57104-0432

CONN APPLIANCES  INC DBA CONNS HOME
SERVICERINFACT AND ATTORNEYINFACT FO
CO BECKET AND LEE LLP
PO BOX 3002
MALVERN PA 19355-0702


CONNS HOMEPLUS
BOX 2358
BEAUMONT  TX 77704-2358

(P)CREDITNINJA
27 N WACKER DRIVE
SUITE 404
CHICAGO IL 60606-2800

DAVIS PODIATRY  LLC
PO BOX 23757
JACKSON  MS 39225-3757


FINGERHUT
13300 PIONEER TRAIL
EDEN PRAIRIE  MN 55347-4120

FIRST HERITAGE CREDIT OF MISSISSIPPI  LLC
DBA 1ST HERITAGE CREDIT
FIRST HERITAGE CREDIT
3047 HWY 80 EAST STE B
PEARL MS 39208-3434

(P)FIRST SAVINGS BANK
ATTN BANKRUPTCY
1500 S HIGHLINE AVE
SIOUX FALLS SD 57110-1003


GULFCO OF MISSISSIPPI  LLC
PO BOX 320001
FLOWOOD  MS 39232-0001

(P)HARBOR LOANS OF CLINTON INC
322 HIGHWAY 80 EAST SUITE 8
CLINTON MS 39056-4726

JETCREDIT 365
8 CRESTWOOD RD
BOULEVARD  CA 91905-9725


LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

(P)LENDMARK FINANCIAL SERVICES
BANKRUPTCY DEPARTMENT
2118 USHER ST
COVINGTON GA 30014-2434

MERRICK BANK
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE  SC 29603-0368

MAKWA FINANCE
PO BOX 843
LAC DU FLAMBEAU  WI 54538-0843

MCGUFFEE LAW FIRM
PO BOX 4219
BRANDON  MS 39047-4219

MERIT HEALTH WOMENS H
1026 N FLOWOOD DR
FLOWOOD  MS 39232-9532

MERRICK BANKCARDWORKS
PO BOX 9201
OLD BETHPAGE  NY 11804-9001

RENTACENTER
2860B HWY 80 E
PEARL  MS 39208-3496

(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

EXCLUDE

(D)(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-0310

RESURGENT CAPITAL SVCS
PO BOX 1410
TROY  MI 48099-1410

TARGET CASH NOW
PO BOX 581
HAYS  MT 59527-0581

EXCLUDE

TERMINIX INTERNATIONAL
860 RIDGE LAKE BLVD
MEMPHIS  TN 38120

(P)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

(D)UNITED CREDIT OF FOREST
234A N WOODLAND DRIVE
FOREST  MS 39074-3308

EXCLUDE

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

WILKINSON LAW FIRM
51 KEYWOOD CIRCLE
FLOWOOD  MS 39232

WORDBOT HOLDINGS  LLC
12804 POPLAR CREEK DR
FAIRFAX VA 22033-2033

DEBTOR

EXCLUDE

JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG  MS 39401-3836

MARY ANN WALTON
505 FOREST LAKE CIRCLE
JACKSON  MS 39212-4626

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767

EXCLUDE

TORRI PARKER MARTIN
TORRI PARKER MARTIN  CHAPTER 13 BANKRUPT
200 NORTH CONGRESS STREET  STE 400
JACKSON  MS 39201-1902