**Fill in this information to identify the case:**

Debtor 1   Mary Ann Walton

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Southern   District of   Mississippi
                                                                      (State)

Case number   21-01777-JAW

---

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made
**12/25**

The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).

## Part 1:   Mortgage Information

**Name of claim holder:**   Wordbot Holdings, LLC

**Court claim no.** (if known):   9

**Last 4 digits** of any number you use to identify the debtor's account:   7997

**Property address:**   505 Forest Lake Circle
                        Number        Street

                        Jackson, MS 39212
                        City                    State        ZIP Code

## Part 2:   Arrearages

The total amount received to cure any arrearages as of the date of this response:   $ 3,409.15 .

*Check all that apply:*

☒ The amount required to cure any prepetition arrearage has been paid in full.

☐ The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid as of the date of this response:   $ _____ .

☒ The amount required to cure any postpetition arrearage has been paid in full.

☐ The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid as of the date of this response:   $ _____ .

| Part 3: | Postpetition Payments |
|---------|----------------------|

(a)  *Check all that apply:*

☒  The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

❑  The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on:      ____/_____/_____.

❑  The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b)  The claim holder attaches a payoff statement and provides the following information as of the date of this response:

     i.    Date last payment was received on the mortgage:   07/ 13 / 2026

     ii.   Date next postpetition payment from the debtor is due:   08 01 / 2026

     iii.  Amount of the next postpetition payment that is due:   $ 848.57

     iv.  Unpaid principal balance of the loan:   $ 68,693.87

     v.  Additional amounts due for any deferred or accrued interest:   $ 223.58

     vi.  Balance of the escrow account:   $ 986.44

     vii. Balance of unapplied funds or funds held in a suspense account:   $ 0.00

     viii. Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid:   $ 0.00

| Part 4 | Itemized Payment History |
|--------|--------------------------|

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

The person completing this response must sign it. Check the appropriate box:

☐   I am the claim holder.

☒   I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Kent D. McPhail _____ Date ___07_ 15_ 2026___
Signature

Name    KENT D. MCPHAIL
First name          Middle name          Last name

Title    ATTORNEY

Company    McPhail Sanchez, LLC
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    P.O. BOX 870
Number          Street
MOBILE                    AL 36601
City                    State        ZIP Code

Contact phone    (251) 438-2333          Email  kent@mslawyers.law

**Allied Servicing Corporation**

Courier Address: 1010 N Normandie Ste 204, Spokane WA 99201

Payment Address: PO Box 13245, Spokane WA 99213-3245

Toll Free 877-893-0240   Fax 509-893-8889   Email info@allservicing.com

Account

Name   Mary Walton

Current Interest Rate:   9.90 %

| Date | Amount | IPDT | Principal | Interest | Escrow | Suspense | Advances/Fees | Late Charges | Principal Balance | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/30/2020 | | | | | | | 18.50 | | 71,800.69 | Service Fee / FEEADD |
| 10/07/2020 | 741.02 | 06/01/2020 | 0.00 | | 741.02 | 0.00 | 0.00 | 0.00 | 71,800.69 | Esc Tran Bal ▓ |
| 10/30/2020 | | | | | | | 18.50 | | 71,800.69 | Service Fee / FEEADD |
| 11/16/2020 | | | | | | | 0.00 | 25.06 | 71,800.69 | Assess Late Charge / LCADD |
| 11/27/2020 | | | | | | | 5.00 | | 71,800.69 | Web payment / FEEADD |
| 11/30/2020 | 872.07 | 07/01/2020 | 34.18 | 592.36 | 222.03 | 0.00 | -23.50 | 0.00 | 71,766.51 | Pmt / ACH |
| 11/30/2020 | | | | | | | 18.50 | | 71,766.51 | Service Fee / FEEADD |
| 12/16/2020 | | | | | | | 0.00 | 25.06 | 71,766.51 | Assess Late Charge / LCADD |
| 12/22/2020 | 1287.11 | 07/01/2020 | 0.00 | | -1,287.11 | 0.00 | 0.00 | 0.00 | 71,766.51 | Hinds Cnty, 2020, ▓ / TAXDISB |
| 12/30/2020 | | | | | | | 18.50 | | 71,766.51 | Service Fee / FEEADD |
| 01/07/2021 | -872.07 | 06/01/2020 | -34.18 | -592.36 | -222.03 | 0.00 | 23.50 | 0.00 | 71,800.69 | Reverse 11/30 for Maint / MDEB |
| 01/07/2021 | 878.57 | 07/01/2020 | 34.18 | 592.36 | 222.03 | 11.50 | -18.50 | 0.00 | 71,766.51 | Xfer from ▓ NCPMT |
| 01/07/2021 | 872.07 | 08/01/2020 | 34.47 | 592.07 | 222.03 | 5.00 | -18.50 | 0.00 | 71,732.04 | Reapply 11/30 / NCPMT |
| 01/08/2021 | 0.00 | 10/01/2020 | 0.00 | 1,183.58 | 0.00 | 0.00 | 0.00 | 0.00 | 71,732.04 | Defer 2 Pmts / MDEB |
| 01/19/2021 | | | | | | | 0.00 | 25.06 | 71,732.04 | Assess Late Charge / LCADD |
| 02/02/2021 | 18.50 | 10/01/2020 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 71,732.04 | Service Fee / FEEADD |
| 02/16/2021 | | | | | | | 0.00 | 25.06 | 71,732.04 | Assess Late Charge / LCADD |
| 03/01/2021 | 18.50 | 10/01/2020 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 71,732.04 | Service Fee / FEEADD |
| 03/05/2021 | 100.00 | 10/01/2020 | 0.00 | | 0.00 | 0.00 | 100.00 | 0.00 | 71,732.04 | Notice of Demadn / INVADV |
| 03/16/2021 | 183.27 | 10/01/2020 | 0.00 | | -183.27 | 0.00 | 0.00 | 0.00 | 71,732.04 | US Risk, FPI Dec-Feb, Wire / INSDISB |
| 03/16/2021 | | | | | | | 0.00 | 25.06 | 71,732.04 | Assess Late Charge / LCADD |
| 04/01/2021 | 18.50 | 10/01/2020 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 71,732.04 | Service Fee / FEEADD |
| 04/16/2021 | 61.09 | 10/01/2020 | 0.00 | | -61.09 | 0.00 | 0.00 | 0.00 | 71,732.04 | US Risk, FPI March, Wire / INSDISB |
| 04/16/2021 | | | | | | | 0.00 | 25.06 | 71,732.04 | Assess Late Charge / LCADD |
| 05/03/2021 | 18.50 | 10/01/2020 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 71,732.04 | Service Fee / FEEADD |

**Allied Servicing Corporation**

Courier Address: 1010 N Normandie Ste 204, Spokane WA 99201

Payment Address: PO Box 13245, Spokane WA 99213-3245

Toll Free 877-893-0240   Fax 509-893-8889   Email info@allservicing.com

Account

Name   Mary Walton

Current Interest Rate:   9.90 %

| Date | Amount | IPDT | Principal | Interest | Escrow | Suspense | Advances/Fees | Late Charges | Principal Balance | Note |
|------|--------|------|-----------|----------|--------|----------|---------------|--------------|-------------------|------|
| 05/14/2021 | 61.09 | 10/01/2020 | 0.00 | | -61.09 | 0.00 | 0.00 | 0.00 | 71,732.04 | US Risk, FPI Apr, Wire / INSDISB |
| 05/17/2021 | | | | | | | 0.00 | 25.06 | 71,732.04 | Assess Late Charge / LCADD |
| 06/02/2021 | 18.50 | 10/01/2020 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 71,732.04 | Service Fee / FEEADD |
| 06/03/2021 | 1000.00 | 11/01/2020 | 34.75 | 591.79 | 222.03 | 132.93 | -18.50 | 0.00 | 71,697.29 | Pmt / |
| 06/03/2021 | 1000.00 | 12/01/2020 | 35.04 | 591.50 | 222.03 | 132.93 | -18.50 | 0.00 | 71,662.25 | Pmt / |
| 06/03/2021 | 500.00 | 12/01/2020 | 0.00 | | 0.00 | 500.00 | 0.00 | 0.00 | 71,662.25 | Partial Pmt / |
| 06/03/2021 | 2500.00 | 03/01/2021 | 106.86 | 1,772.76 | 666.09 | -101.21 | -55.50 | 0.00 | 71,555.39 | 3 Pmts / |
| 06/03/2021 | 122.00 | 03/01/2021 | 0.00 | 0.00 | 0.00 | -681.15 | -627.73 | -175.42 | 71,555.39 | Adv/Fee Pmt / |
| 06/11/2021 | 61.09 | 03/01/2021 | 0.00 | | -61.09 | 0.00 | 0.00 | 0.00 | 71,555.39 | US Risk, FPI May, Wire / INSDISB |
| 06/16/2021 | | | | | | | 0.00 | 25.06 | 71,555.39 | Assess Late Charge / LCADD |
| 07/01/2021 | 18.50 | 03/01/2021 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 71,555.39 | Service Fee / FEEADD |
| 07/09/2021 | | | | | | | 10.00 | | 71,555.39 | ACH by phone / FEEADD |
| 07/15/2021 | 61.09 | 03/01/2021 | 0.00 | | -61.09 | 0.00 | 0.00 | 0.00 | 71,555.39 | US Risk, FPI June, Wire / INSDISB |
| 07/16/2021 | | | | | | | 0.00 | 25.06 | 71,555.39 | Assess Late Charge / LCADD |
| 07/26/2021 | 1794.26 | 05/01/2021 | 72.71 | 1,180.37 | 444.06 | 0.00 | -47.00 | -50.12 | 71,482.68 | 2 Pmts / ACH |
| 08/02/2021 | 18.50 | 05/01/2021 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 71,482.68 | Service Fee / FEEADD |
| 08/10/2021 | 61.09 | 05/01/2021 | 0.00 | | -61.09 | 0.00 | 0.00 | 0.00 | 71,482.68 | US Risk, FPI Jul, Wire / INSDISB |
| 08/16/2021 | | | | | | | 0.00 | 25.06 | 71,482.68 | Assess Late Charge / LCADD |
| 09/01/2021 | 18.50 | 05/01/2021 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 71,482.68 | Service Fee / FEEADD |
| 09/16/2021 | | | | | | | 0.00 | 25.06 | 71,482.68 | Assess Late Charge / LCADD |
| 09/19/2021 | 61.09 | 05/01/2021 | 0.00 | | -61.09 | 0.00 | 0.00 | 0.00 | 71,482.68 | US Risk, FPI Aug, Wire / INSDISB |
| 10/01/2021 | 18.50 | 05/01/2021 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 71,482.68 | Service Fee / FEEADD |
| 10/12/2021 | 61.09 | 05/01/2021 | 0.00 | | -61.09 | 0.00 | 0.00 | 0.00 | 71,482.68 | US Risk, FPI Sept, Wire / INSDISB |
| 10/18/2021 | | | | | | | 0.00 | 25.06 | 71,482.68 | Assess Late Charge / LCADD |
| 11/02/2021 | 18.50 | 05/01/2021 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 71,482.68 | Service Fee / FEEADD |
| 11/16/2021 | | | | | | | 0.00 | 25.06 | 71,482.68 | Assess Late Charge / LCADD |

**Allied Servicing Corporation**

Courier Address: 1010 N Normandie Ste 204, Spokane WA 99201

Payment Address: PO Box 13245, Spokane WA 99213-3245

Toll Free 877-893-0240   Fax 509-893-8889   Email info@allservicing.com

Account ██████

Name   Mary Walton

Current Interest Rate:   9.90 %

| Date | Amount | IPDT | Principal | Interest | Escrow | Suspense | Advances/Fees | Late Charges | Principal Balance | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/18/2021 | 61.09 | 05/01/2021 | 0.00 | | -61.09 | 0.00 | 0.00 | 0.00 | 71,482.68 | US Risk, FPI Oct, Wire / INSDISB |
| 12/01/2021 | 18.50 | 05/01/2021 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 71,482.68 | Service Fee / FEEADD |
| 12/16/2021 | | | | | | | 0.00 | 25.06 | 71,482.68 | Assess Late Charge / LCADD |
| 12/19/2021 | 61.10 | 05/01/2021 | 0.00 | | -61.10 | 0.00 | 0.00 | 0.00 | 71,482.68 | US Risk, FPI Nov, Wire / INSDISB |
| 01/03/2022 | 18.50 | 05/01/2021 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 71,482.68 | Service Fee / FEEADD |
| 01/14/2022 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 1,183.58 | 0.00 | 71,482.68 | Transfer FBR / MDEB |
| 01/14/2022 | 0.00 | 10/01/2021 | 78.42 | 2,948.66 | 0.00 | 0.00 | -108.77 | -125.30 | 71,404.26 | BK13, Tran 5 Pmts / MDEB |
| 01/14/2022 | 1885.12 | 12/01/2021 | 75.22 | 1,177.86 | 539.54 | 0.00 | -92.50 | 0.00 | 71,329.04 | Trustee Pre&2Post ████████████ |
| 01/16/2022 | 60.82 | 12/01/2021 | 0.00 | | -60.82 | 0.00 | 0.00 | 0.00 | 71,329.04 | US Risk, FPI Dec, Wire / INSDISB |
| 01/18/2022 | | | | | | | 0.00 | 25.06 | 71,329.04 | Assess Late Charge / LCADD |
| 01/26/2022 | 1315.37 | 12/01/2021 | 0.00 | | -1,315.37 | 0.00 | 0.00 | 0.00 | 71,329.04 | Hinds Cnty, 2021 █████ TAXDISB |
| 02/01/2022 | 18.50 | 12/01/2021 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 71,329.04 | Service Fee / FEEADD |
| 02/08/2022 | 60.82 | 12/01/2021 | 0.00 | | -60.82 | 0.00 | 0.00 | 0.00 | 71,329.04 | US Risk, FPI Jan, Wire / INSDISB |
| 02/14/2022 | 848.57 | 01/01/2022 | 38.08 | 588.46 | 222.03 | 0.00 | 0.00 | 0.00 | 71,290.96 | TrusteePost / ██████ |
| 02/14/2022 | 56.82 | 01/01/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 71,290.96 | TrusteePrePet / ██████ |
| 02/16/2022 | | | | | | | 0.00 | 25.06 | 71,290.96 | Assess Late Charge / LCADD |
| 03/02/2022 | 18.50 | 01/01/2022 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 71,290.96 | Service Fee / FEEADD |
| 03/14/2022 | 904.08 | 02/01/2022 | 38.39 | 588.15 | 203.53 | 0.00 | -18.50 | 0.00 | 71,252.57 | Trustee Pre&Post / ██████ |
| 03/16/2022 | | | | | | | 0.00 | 25.06 | 71,252.57 | Assess Late Charge / LCADD |
| 03/24/2022 | 60.82 | 02/01/2022 | 0.00 | | -60.82 | 0.00 | 0.00 | 0.00 | 71,252.57 | US Risk, FPI Feb, Wire / INSDISB |
| 04/01/2022 | 18.50 | 02/01/2022 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 71,252.57 | Service Fee / FEEADD |
| 04/15/2022 | 848.57 | 03/01/2022 | 38.71 | 587.83 | 203.53 | 0.00 | -18.50 | 0.00 | 71,213.86 | Trustee Pmt / ██████ |
| 04/15/2022 | 55.51 | 03/01/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 71,213.86 | Trustee PrePet / ██████ |
| 04/18/2022 | 60.82 | 03/01/2022 | 0.00 | | -60.82 | 0.00 | 0.00 | 0.00 | 71,213.86 | US Risk, FPI Mar, Wire / INSDISB |
| 04/18/2022 | | | | | | | 0.00 | 25.06 | 71,213.86 | Assess Late Charge / LCADD |
| 05/02/2022 | 18.50 | 03/01/2022 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 71,213.86 | Service Fee / FEEADD |

Monday, July 13, 2026

**Allied Servicing Corporation**

Courier Address: 1010 N Normandie Ste 204, Spokane WA 99201

Payment Address: PO Box 13245, Spokane WA 99213-3245

Toll Free 877-893-0240   Fax 509-893-8889   Email info@allservicing.com

Account ▮▮▮▮▮

Name   Mary Walton

Current Interest Rate:   9.90 %

| Date | Amount | IPDT | Principal | Interest | Escrow | Suspense | Advances/Fees | Late Charges | Principal Balance | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/13/2022 | 848.57 | 04/01/2022 | 39.03 | 587.51 | 222.03 | 0.00 | 0.00 | 0.00 | 71,174.83 | Trustee Pmt ▮▮▮ |
| 05/13/2022 | 55.51 | 04/01/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 71,174.83 | Trustee PrePe▮ |
| 05/16/2022 | 60.82 | 04/01/2022 | 0.00 | | -60.82 | 0.00 | 0.00 | 0.00 | 71,174.83 | US Risk, FPI Apr, Wire / INSDISB |
| 05/16/2022 | | | | | | | 0.00 | 25.06 | 71,174.83 | Assess Late Charge / LCADD |
| 06/01/2022 | 18.50 | 04/01/2022 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 71,174.83 | Service Fee / FEEADD |
| 06/13/2022 | 848.57 | 05/01/2022 | 39.35 | 587.19 | 222.03 | 0.00 | 0.00 | 0.00 | 71,135.48 | Trustee Pmt▮ |
| 06/13/2022 | 55.51 | 05/01/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 71,135.48 | Trustee PrePet ▮▮▮ |
| 06/16/2022 | | | | | | | 0.00 | 25.06 | 71,135.48 | Assess Late Charge / LCADD |
| 07/01/2022 | 18.50 | 05/01/2022 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 71,135.48 | Service Fee / FEEADD |
| 07/08/2022 | 60.82 | 05/01/2022 | 0.00 | | -60.82 | 0.00 | 0.00 | 0.00 | 71,135.48 | US Risk, FPI June, Wire  / INSDISB |
| 07/18/2022 | 55.51 | 05/01/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 71,135.48 | Trustee PrePe▮ |
| 07/18/2022 | 848.57 | 06/01/2022 | 39.67 | 586.87 | 203.53 | 0.00 | -18.50 | 0.00 | 71,095.81 | Trustee Pmt ▮ |
| 07/18/2022 | 0.00 | 06/01/2022 | 0.00 | | -92.50 | 0.00 | -92.50 | 0.00 | 71,095.81 | Tran to Fees / ESCDISB |
| 07/18/2022 | | | | | | | 0.00 | 25.06 | 71,095.81 | Assess Late Charge / LCADD |
| 08/01/2022 | 18.50 | 06/01/2022 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 71,095.81 | Service Fee / FEEADD |
| 08/15/2022 | 60.82 | 06/01/2022 | 0.00 | | -60.82 | 0.00 | 0.00 | 0.00 | 71,095.81 | US Risk, FPI Jul, Wire / INSDISB |
| 08/15/2022 | 848.57 | 07/01/2022 | 40.00 | 586.54 | 203.53 | 0.00 | -18.50 | 0.00 | 71,055.81 | Trustee Pmt▮ |
| 08/15/2022 | 55.51 | 07/01/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 71,055.81 | Trustee PrePet▮ |
| 08/16/2022 | | | | | | | 0.00 | 25.06 | 71,055.81 | Assess Late Charge / LCADD |
| 09/01/2022 | 18.50 | 07/01/2022 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 71,055.81 | Service Fee / FEEADD |
| 09/11/2022 | 60.82 | 07/01/2022 | 0.00 | | -60.82 | 0.00 | 0.00 | 0.00 | 71,055.81 | US Risk, FPI Aug, Wire / INSDISB |
| 09/16/2022 | 848.57 | 08/01/2022 | 40.33 | 586.21 | 203.53 | 0.00 | -18.50 | 0.00 | 71,015.48 | TrusteePost▮ |
| 09/16/2022 | 55.51 | 08/01/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 71,015.48 | TrusteePre▮ |
| 09/16/2022 | | | | | | | 0.00 | 25.06 | 71,015.48 | Assess Late Charge / LCADD |
| 10/03/2022 | 18.50 | 08/01/2022 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 71,015.48 | SVC Fee / FEEADD |
| 10/10/2022 | 60.82 | 08/01/2022 | 0.00 | | -60.82 | 0.00 | 0.00 | 0.00 | 71,015.48 | US Risk, FPI Sept, Wire / INSDISB |

Monday, July 13, 2026

**Allied Servicing Corporation**

Courier Address: 1010 N Normandie Ste 204, Spokane WA 99201

Payment Address: PO Box 13245, Spokane WA 99213-3245

Toll Free 877-893-0240   Fax 509-893-8889   Email info@allservicing.com

Account ▮▮▮▮

Name   Mary Walton

Current Interest Rate:   9.90 %

| Date | Amount | IPDT | Principal | Interest | Escrow | Suspense | Advances/Fees | Late Charges | Principal Balance | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/14/2022 | 848.57 | 09/01/2022 | 40.66 | 585.88 | 203.53 | 0.00 | -18.50 | 0.00 | 70,974.82 | Trustee Pmt / ▮▮▮ |
| 10/14/2022 | 55.51 | 09/01/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70,974.82 | Trustee PrePe▮ |
| 10/17/2022 | | | | | | | 0.00 | 25.06 | 70,974.82 | Assess Late Charge / LCADD |
| 11/01/2022 | 18.50 | 09/01/2022 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 70,974.82 | SVC Fee / FEEADD |
| 11/14/2022 | 848.57 | 10/01/2022 | 41.00 | 585.54 | 203.53 | 0.00 | -18.50 | 0.00 | 70,933.82 | TrusteePost▮ |
| 11/14/2022 | 55.51 | 10/01/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70,933.82 | TrusteePrePe |
| 11/16/2022 | | | | | | | 0.00 | 25.06 | 70,933.82 | Assess Late Charge / LCADD |
| 11/22/2022 | 60.82 | 10/01/2022 | 0.00 | | -60.82 | 0.00 | 0.00 | 0.00 | 70,933.82 | US Risk, FPI Oct, Wire / INSDISB |
| 12/01/2022 | 18.50 | 10/01/2022 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 70,933.82 | SVC Fee / FEEADD |
| 12/12/2022 | 1315.53 | 10/01/2022 | 0.00 | | -1,315.53 | 0.00 | 0.00 | 0.00 | 70,933.82 | Hinds Cnty, 2022, ▮▮▮ TAXDISB |
| 12/15/2022 | 60.82 | 10/01/2022 | 0.00 | | -60.82 | 0.00 | 0.00 | 0.00 | 70,933.82 | US Risk, FPI Nov, Wire / INSDISB |
| 12/16/2022 | 848.57 | 11/01/2022 | 41.34 | 585.20 | 203.53 | 0.00 | -18.50 | 0.00 | 70,892.48 | TrusteePost |
| 12/16/2022 | 55.51 | 11/01/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70,892.48 | TrustePrePet / |
| 12/16/2022 | | | | | | | 0.00 | 25.06 | 70,892.48 | Assess Late Charge / LCADD |
| 01/03/2023 | 18.50 | 11/01/2022 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 70,892.48 | SVC Fee / FEEADD |
| 01/13/2023 | 848.57 | 12/01/2022 | 41.68 | 584.86 | 203.53 | 0.00 | -18.50 | 0.00 | 70,850.80 | Trustee Pmt ▮▮▮ |
| 01/13/2023 | 55.51 | 12/01/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70,850.80 | Trustee PrePe ▮▮▮ |
| 01/17/2023 | 60.39 | 12/01/2022 | 0.00 | | -60.39 | 0.00 | 0.00 | 0.00 | 70,850.80 | US Risk, FPI Dec, Wire / INSDISB |
| 01/17/2023 | | | | | | | 0.00 | 25.06 | 70,850.80 | Assess Late Charge / LCADD |
| 02/02/2023 | 18.50 | 12/01/2022 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 70,850.80 | SVC Fee / FEEADD |
| 02/15/2023 | 55.51 | 12/01/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70,850.80 | Trustee PrePet ▮▮▮ |
| 02/15/2023 | 848.57 | 01/01/2023 | 42.02 | 584.52 | 203.53 | 0.00 | -18.50 | 0.00 | 70,808.78 | Trustee Pmt ▮▮▮ |
| 02/16/2023 | 60.39 | 01/01/2023 | 0.00 | | -60.39 | 0.00 | 0.00 | 0.00 | 70,808.78 | US Risk, FPI Jan, Wire / INSDISB |
| 02/16/2023 | | | | | | | 0.00 | 25.06 | 70,808.78 | Assess Late Charge / LCADD |
| 03/01/2023 | 18.50 | 01/01/2023 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 70,808.78 | SVC Fee / FEEADD |
| 03/09/2023 | 60.39 | 01/01/2023 | 0.00 | | -60.39 | 0.00 | 0.00 | 0.00 | 70,808.78 | US Risk, FPI Feb, Wire / INSDISB |

**Allied Servicing Corporation**

Courier Address: 1010 N Normandie Ste 204, Spokane WA 99201

Payment Address: PO Box 13245, Spokane WA 99213-3245

Toll Free 877-893-0240   Fax 509-893-8889   Email info@allservicing.com

Account

Name   Mary Walton

Current Interest Rate:   9.90 %

| Date | Amount | IPDT | Principal | Interest | Escrow | Suspense | Advances/Fees | Late Charges | Principal Balance | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/16/2023 | 848.57 | 02/01/2023 | 42.37 | 584.17 | 203.53 | 0.00 | -18.50 | 0.00 | 70,766.41 | Trustee Pmt / |
| 03/16/2023 | 55.51 | 02/01/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70,766.41 | Trustee PrePet |
| 03/16/2023 | | | | | | | 0.00 | 25.06 | 70,766.41 | Assess Late Charge / LCADD |
| 04/03/2023 | 18.50 | 02/01/2023 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 70,766.41 | SVC Fee / FEEADD |
| 04/17/2023 | | | | | | | 0.00 | 25.06 | 70,766.41 | Assess Late Charge / LCADD |
| 04/18/2023 | 848.57 | 03/01/2023 | 42.72 | 583.82 | 203.53 | 0.00 | -18.50 | 0.00 | 70,723.69 | Trustee Pmt / |
| 04/18/2023 | 55.51 | 03/01/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70,723.69 | Trustee PrePe |
| 04/21/2023 | 60.39 | 03/01/2023 | 0.00 | | -60.39 | 0.00 | 0.00 | 0.00 | 70,723.69 | US Risk, FPI March, Wire / INSDISB |
| 05/01/2023 | 18.50 | 03/01/2023 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 70,723.69 | SVC Fee / FEEADD |
| 05/15/2023 | 848.57 | 04/01/2023 | 43.07 | 583.47 | 203.53 | 0.00 | -18.50 | 0.00 | 70,680.62 | TrusteePost |
| 05/15/2023 | 55.51 | 04/01/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70,680.62 | TrusteePrePet |
| 05/16/2023 | | | | | | | 0.00 | 25.06 | 70,680.62 | Assess Late Charge / LCADD |
| 05/19/2023 | 60.39 | 04/01/2023 | 0.00 | | -60.39 | 0.00 | 0.00 | 0.00 | 70,680.62 | US Risk, FPI Apr, Wire / INSDISB |
| 06/01/2023 | 18.50 | 04/01/2023 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 70,680.62 | SVC Fee / FEEADD |
| 06/15/2023 | 848.57 | 05/01/2023 | 43.42 | 583.12 | 203.53 | 0.00 | -18.50 | 0.00 | 70,637.20 | Trustee Pmt |
| 06/15/2023 | 55.51 | 05/01/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70,637.20 | Trustee PrePet |
| 06/16/2023 | | | | | | | 0.00 | 25.06 | 70,637.20 | Assess Late Charge / LCADD |
| 06/20/2023 | 60.39 | 05/01/2023 | 0.00 | | -60.39 | 0.00 | 0.00 | 0.00 | 70,637.20 | US Risk, FPI May, Wire / INSDISB |
| 07/06/2023 | 18.50 | 05/01/2023 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 70,637.20 | SVC Fee / FEEADD |
| 07/11/2023 | 60.39 | 05/01/2023 | 0.00 | | -60.39 | 0.00 | 0.00 | 0.00 | 70,637.20 | US Risk, FPI June, Wire / INSDISB |
| 07/14/2023 | 55.51 | 05/01/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70,637.20 | Trustee PrePe |
| 07/14/2023 | 848.57 | 06/01/2023 | 43.78 | 582.76 | 203.53 | 0.00 | -18.50 | 0.00 | 70,593.42 | Trustee Pmt / |
| 07/17/2023 | | | | | | | 0.00 | 25.06 | 70,593.42 | Assess Late Charge / LCADD |
| 08/01/2023 | 18.50 | 06/01/2023 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 70,593.42 | SVC Fee / FEEADD |
| 08/10/2023 | 60.39 | 06/01/2023 | 0.00 | | -60.39 | 0.00 | 0.00 | 0.00 | 70,593.42 | US Risk, FPI Jul, Wire / INSDISB |
| 08/14/2023 | 848.57 | 07/01/2023 | 44.14 | 582.40 | 203.53 | 0.00 | -18.50 | 0.00 | 70,549.28 | Trustee Pmt |

**Allied Servicing Corporation**

Courier Address: 1010 N Normandie Ste 204, Spokane WA 99201

Payment Address: PO Box 13245, Spokane WA 99213-3245

Toll Free 877-893-0240   Fax 509-893-8889   Email info@allservicing.com

Account ▉▉▉▉

Name   Mary Walton

Current Interest Rate:   9.90 %

| Date | Amount | IPDT | Principal | Interest | Escrow | Suspense | Advances/Fees | Late Charges | Principal Balance | Note |
|------|--------|------|-----------|----------|--------|----------|---------------|--------------|-------------------|------|
| 08/14/2023 | 0.00 | 07/01/2023 | 0.00 | | 0.00 | 0.00 | 0.00 | -476.14 | 70,549.28 | Waive per BK / LCOFF |
| 08/14/2023 | 55.51 | 07/01/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70,549.28 | Trustee PrePet ▉▉▉ |
| 08/16/2023 | | | | | | | 0.00 | 25.06 | 70,549.28 | Assess Late Charge / LCADD |
| 09/01/2023 | 18.50 | 07/01/2023 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 70,549.28 | SVC Fee / FEEADD |
| 09/13/2023 | 60.39 | 07/01/2023 | 0.00 | | -60.39 | 0.00 | 0.00 | 0.00 | 70,549.28 | US Risk, FPI Aug, Wire / INSDISB |
| 09/15/2023 | 55.51 | 07/01/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70,549.28 | TrusteePrePet ▉▉▉ |
| 09/15/2023 | 848.57 | 08/01/2023 | 44.51 | 582.03 | 203.53 | 0.00 | -18.50 | 0.00 | 70,504.77 | TrusteePost ▉ |
| 09/18/2023 | | | | | | | 0.00 | 25.06 | 70,504.77 | Assess Late Charge / LCADD |
| 10/02/2023 | 18.50 | 08/01/2023 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 70,504.77 | SVC Fee / FEEADD |
| 10/12/2023 | 848.57 | 09/01/2023 | 44.88 | 581.66 | 203.53 | 0.00 | -18.50 | 0.00 | 70,459.89 | Trustee Pmt ▉▉ |
| 10/12/2023 | 55.51 | 09/01/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70,459.89 | Trustee PrePet / ▉ |
| 10/12/2023 | 60.39 | 09/01/2023 | 0.00 | | -60.39 | 0.00 | 0.00 | 0.00 | 70,459.89 | US Risk, FPI Sept, Wire / INSDISB |
| 10/16/2023 | | | | | | | 0.00 | 25.06 | 70,459.89 | Assess Late Charge / LCADD |
| 11/01/2023 | 18.50 | 09/01/2023 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 70,459.89 | SVC Fee / FEEADD |
| 11/09/2023 | 60.39 | 09/01/2023 | 0.00 | | -60.39 | 0.00 | 0.00 | 0.00 | 70,459.89 | US Risk, FPI Oct, Wire / INSDISB |
| 11/16/2023 | | | | | | | 0.00 | 25.06 | 70,459.89 | Assess Late Charge / LCADD |
| 11/20/2023 | 848.57 | 10/01/2023 | 45.25 | 581.29 | 203.53 | 0.00 | -18.50 | 0.00 | 70,414.64 | Trustee Pmt ▉ |
| 11/20/2023 | 55.51 | 10/01/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70,414.64 | Trustee PrePet ▉ |
| 12/01/2023 | 18.50 | 10/01/2023 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 70,414.64 | SVC Fee / FEEADD |
| 12/13/2023 | 1314.78 | 10/01/2023 | 0.00 | | -1,314.78 | 0.00 | 0.00 | 0.00 | 70,414.64 | Hinds Cnty, 2023, ▉ TAXDISB |
| 12/18/2023 | 55.51 | 10/01/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70,414.64 | TrusteePrePet / ▉ |
| 12/18/2023 | 848.57 | 11/01/2023 | 45.62 | 580.92 | 203.53 | 0.00 | -18.50 | 0.00 | 70,369.02 | TrusteePost ▉ |
| 12/18/2023 | 60.37 | 11/01/2023 | 0.00 | | -60.37 | 0.00 | 0.00 | 0.00 | 70,369.02 | US Risk, FPI Nov, Wire / INSDISB |
| 12/18/2023 | | | | | | | 0.00 | 25.06 | 70,369.02 | Assess Late Charge / LCADD |
| 01/02/2024 | 18.50 | 11/01/2023 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 70,369.02 | SVC Fee / FEEADD |
| 01/12/2024 | 83.92 | 11/01/2023 | 0.00 | | -83.92 | 0.00 | 0.00 | 0.00 | 70,369.02 | US Risk, FPI Dec, Wire / INSDISB |

Monday, July 13, 2026

**Allied Servicing Corporation**

Courier Address: 1010 N Normandie Ste 204, Spokane WA 99201

Payment Address: PO Box 13245, Spokane WA 99213-3245

Toll Free 877-893-0240   Fax 509-893-8889   Email info@allservicing.com

Account ▮▮▮▮▮

Name   Mary Walton

Current Interest Rate:  9.90 %

| Date | Amount | IPDT | Principal | Interest | Escrow | Suspense | Advances/Fees | Late Charges | Principal Balance | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/16/2024 | 55.51 | 11/01/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70,369.02 | Trustee PrePet ▮▮▮ |
| 01/16/2024 | 848.57 | 12/01/2023 | 46.00 | 580.54 | 203.53 | 0.00 | -18.50 | 0.00 | 70,323.02 | Trustee Pmt ▮▮▮ |
| 01/16/2024 | | | | | | | 0.00 | 25.06 | 70,323.02 | Assess Late Charge / LCADD |
| 02/02/2024 | 18.50 | 12/01/2023 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 70,323.02 | SVC Fee / FEEADD |
| 02/13/2024 | 83.92 | 12/01/2023 | 0.00 | | -83.92 | 0.00 | 0.00 | 0.00 | 70,323.02 | US Risk, FPI Jan, Wire / INSDISB |
| 02/15/2024 | 848.57 | 01/01/2024 | 46.38 | 580.16 | 203.53 | 0.00 | -18.50 | 0.00 | 70,276.64 | Trustee Pmt ▮▮▮ |
| 02/15/2024 | 55.51 | 01/01/2024 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70,276.64 | Trustee PrePet ▮▮▮ |
| 02/16/2024 | | | | | | | 0.00 | 25.06 | 70,276.64 | Assess Late Charge / LCADD |
| 03/01/2024 | 18.50 | 01/01/2024 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 70,276.64 | Service Fee / FEEADD |
| 03/11/2024 | 83.92 | 01/01/2024 | 0.00 | | -83.92 | 0.00 | 0.00 | 0.00 | 70,276.64 | US Risk, FPI Feb, Wire / INSDISB |
| 03/18/2024 | 55.51 | 01/01/2024 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70,276.64 | Trustee PrePet ▮▮▮ |
| 03/18/2024 | 848.57 | 02/01/2024 | 46.76 | 579.78 | 203.53 | 0.00 | -18.50 | 0.00 | 70,229.88 | Trustee Pmt ▮▮▮ |
| 03/18/2024 | | | | | | | 0.00 | 25.06 | 70,229.88 | Assess Late Charge / LCADD |
| 04/01/2024 | 18.50 | 02/01/2024 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 70,229.88 | Apr 24 Svc Fee / FEEADD |
| 04/04/2024 | 83.92 | 02/01/2024 | 0.00 | | -83.92 | 0.00 | 0.00 | 0.00 | 70,229.88 | US Risk, FPI Mar, Wire / INSDISB |
| 04/12/2024 | 848.57 | 03/01/2024 | 47.14 | 579.40 | 203.53 | 0.00 | -18.50 | 0.00 | 70,182.74 | Trustee Pmt ▮▮▮ |
| 04/12/2024 | 55.51 | 03/01/2024 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70,182.74 | Trustee PrePet ▮▮▮ |
| 04/16/2024 | | | | | | | 0.00 | 25.06 | 70,182.74 | Assess Late Charge / LCADD |
| 05/01/2024 | 18.50 | 03/01/2024 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 70,182.74 | Service Fee / FEEADD |
| 05/06/2024 | 83.92 | 03/01/2024 | 0.00 | | -83.92 | 0.00 | 0.00 | 0.00 | 70,182.74 | US Risk, FPI Apr, Wire / INSDISB |
| 05/14/2024 | 848.57 | 04/01/2024 | 47.53 | 579.01 | 203.53 | 0.00 | -18.50 | 0.00 | 70,135.21 | Trustee Pmt ▮▮▮ |
| 05/14/2024 | 55.51 | 04/01/2024 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70,135.21 | Trustee PrePet ▮▮▮ |
| 05/16/2024 | | | | | | | 0.00 | 25.06 | 70,135.21 | Assess Late Charge / LCADD |
| 06/03/2024 | 18.50 | 04/01/2024 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 70,135.21 | Service Fee / FEEADD |
| 06/13/2024 | 83.92 | 04/01/2024 | 0.00 | | -83.92 | 0.00 | 0.00 | 0.00 | 70,135.21 | US Risk, FPI May, Wire / INSDISB |
| 06/17/2024 | 848.57 | 05/01/2024 | 47.92 | 578.62 | 203.53 | 0.00 | -18.50 | 0.00 | 70,087.29 | Trustee Pmt ▮▮▮ |

**Allied Servicing Corporation**

Courier Address: 1010 N Normandie Ste 204, Spokane WA 99201

Payment Address: PO Box 13245, Spokane WA 99213-3245

Toll Free 877-893-0240   Fax 509-893-8889   Email info@allservicing.com

Account ▮

Name   Mary Walton

Current Interest Rate:   9.90 %

| Date | Amount | IPDT | Principal | Interest | Escrow | Suspense | Advances/Fees | Late Charges | Principal Balance | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/17/2024 | 55.51 | 05/01/2024 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70,087.29 | Trustee PrePet / ▮ |
| 06/17/2024 | 0.00 | 06/01/2024 | 48.32 | 578.22 | -645.04 | 0.00 | -18.50 | 0.00 | 70,038.97 | Esc to Pmt, Bal to Trustee / ESCDISB |
| 06/17/2024 | 0.00 | 06/01/2024 | 0.00 | | 0.00 | 0.00 | 0.00 | -250.60 | 70,038.97 | Waive per BK / LCOFF |
| 07/03/2024 | 18.50 | 06/01/2024 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 70,038.97 | Service Fee / FEEADD |
| 07/12/2024 | 55.51 | 06/01/2024 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70,038.97 | Trustee PrePet / ▮ |
| 07/12/2024 | 848.57 | 07/01/2024 | 48.72 | 577.82 | 203.53 | 0.00 | -18.50 | 0.00 | 69,990.25 | Trustee Pmt / ▮ |
| 07/15/2024 | 83.92 | 07/01/2024 | 0.00 | | -83.92 | 0.00 | 0.00 | 0.00 | 69,990.25 | US Risk, FPI June, Wire / INSDISB |
| 08/01/2024 | 18.50 | 07/01/2024 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 69,990.25 | Service Fee / FEEADD |
| 08/15/2024 | 55.51 | 07/01/2024 | 0.00 | | 0.00 | 55.51 | 0.00 | 0.00 | 69,990.25 | PartialPmt ▮ |
| 08/15/2024 | 848.57 | 08/01/2024 | 49.12 | 577.42 | 203.53 | -55.51 | -18.50 | 0.00 | 69,941.13 | TrusteePre&Post ▮ |
| 08/19/2024 | 83.92 | 08/01/2024 | 0.00 | | -83.92 | 0.00 | 0.00 | 0.00 | 69,941.13 | US Risk, FPI July, Wire / INSDISB |
| 09/04/2024 | 18.50 | 08/01/2024 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 69,941.13 | Service Fee / FEEADD |
| 09/16/2024 | 848.57 | 09/01/2024 | 49.53 | 577.01 | 203.53 | 0.00 | -18.50 | 0.00 | 69,891.60 | Trustee Pmt ▮ |
| 09/16/2024 | 55.51 | 09/01/2024 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 69,891.60 | Trustee PrePet / ▮ |
| 09/20/2024 | 83.92 | 09/01/2024 | 0.00 | | -83.92 | 0.00 | 0.00 | 0.00 | 69,891.60 | US Risk, FPI Aug, Wire / INSDISB |
| 10/01/2024 | 18.50 | 09/01/2024 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 69,891.60 | Svc Fee / FEEADD |
| 10/15/2024 | 55.51 | 09/01/2024 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 69,891.60 | Trustee PrePet ▮ |
| 10/15/2024 | 848.57 | 10/01/2024 | 49.93 | 576.61 | 203.53 | 0.00 | -18.50 | 0.00 | 69,841.67 | Trustee Pmt ▮ |
| 10/23/2024 | 83.92 | 10/01/2024 | 0.00 | | -83.92 | 0.00 | 0.00 | 0.00 | 69,841.67 | US Risk, FPI Sept, Wire / INSDISB |
| 11/01/2024 | 18.50 | 10/01/2024 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 69,841.67 | Service Fee / FEEADD |
| 11/12/2024 | 848.57 | 11/01/2024 | 50.35 | 576.19 | 203.53 | 0.00 | -18.50 | 0.00 | 69,791.32 | Trustee Pmt / ▮ |
| 11/12/2024 | 55.51 | 11/01/2024 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 69,791.32 | Trustee PrePet ▮ |
| 11/22/2024 | 83.92 | 11/01/2024 | 0.00 | | -83.92 | 0.00 | 0.00 | 0.00 | 69,791.32 | US Risk, FPI Oct, Wire / INSDISB |
| 12/02/2024 | 18.50 | 11/01/2024 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 69,791.32 | Service Fee / FEEADD |
| 12/10/2024 | 55.51 | 11/01/2024 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 69,791.32 | Trustee PrePet ▮ |
| 12/10/2024 | 848.57 | 12/01/2024 | 50.76 | 575.78 | 203.53 | 0.00 | -18.50 | 0.00 | 69,740.56 | Trustee Pmt / ▮ |

Monday, July 13, 2026

Page 9 of 13

**Allied Servicing Corporation**

Courier Address: 1010 N Normandie Ste 204, Spokane WA 99201

Payment Address: PO Box 13245, Spokane WA 99213-3245

Toll Free 877-893-0240   Fax 509-893-8889   Email info@allservicing.com

Account ▮▮▮▮

Name   Mary Walton

Current Interest Rate:   9.90 %

| Date | Amount | IPDT | Principal | Interest | Escrow | Suspense | Advances/Fees | Late Charges | Principal Balance | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/23/2024 | 84.04 | 12/01/2024 | 0.00 | | -84.04 | 0.00 | 0.00 | 0.00 | 69,740.56 | US Risk, FPI Nov, Wire / INSDISB |
| 12/31/2024 | 1322.84 | 12/01/2024 | 0.00 | | -1,322.84 | 0.00 | 0.00 | 0.00 | 69,740.56 | Hinds Cnty, 2024 ▮▮▮ TAXDISB |
| 01/02/2025 | 18.50 | 12/01/2024 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 69,740.56 | Service Fee / FEEADD |
| 01/14/2025 | 848.57 | 01/01/2025 | 51.18 | 575.36 | 203.53 | 0.00 | -18.50 | 0.00 | 69,689.38 | Trustee Pmt ▮▮▮ |
| 01/14/2025 | 55.51 | 01/01/2025 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 69,689.38 | Trustee PrePet ▮▮▮ |
| 01/24/2025 | 91.57 | 01/01/2025 | 0.00 | | -91.57 | 0.00 | 0.00 | 0.00 | 69,689.38 | US Risk, FPI Sept-Dec, Wire / INSDISB |
| 02/03/2025 | 18.50 | 01/01/2025 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 69,689.38 | Service Fee / FEEADD |
| 02/11/2025 | 848.57 | 02/01/2025 | 51.60 | 574.94 | 203.53 | 0.00 | -18.50 | 0.00 | 69,637.78 | Trustee Pmt ▮▮▮ |
| 02/11/2025 | 55.51 | 02/01/2025 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 69,637.78 | Trustee PrePet / ▮▮▮ |
| 02/26/2025 | 91.57 | 02/01/2025 | 0.00 | | -91.57 | 0.00 | 0.00 | 0.00 | 69,637.78 | US Risk, FPI Jan, Wire / INSDISB |
| 03/03/2025 | 18.50 | 02/01/2025 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 69,637.78 | Service Fee / FEEADD |
| 03/13/2025 | 848.57 | 03/01/2025 | 52.03 | 574.51 | 203.53 | 0.00 | -18.50 | 0.00 | 69,585.75 | Trustee Pmt ▮▮▮ |
| 03/13/2025 | 55.51 | 03/01/2025 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 69,585.75 | Trustee PrePet ▮▮▮ |
| 03/20/2025 | 91.57 | 03/01/2025 | 0.00 | | -91.57 | 0.00 | 0.00 | 0.00 | 69,585.75 | US Risk, FPI Feb, Wire / INSDISB |
| 04/01/2025 | 18.50 | 03/01/2025 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 69,585.75 | Service Fee / FEEADD |
| 04/11/2025 | 55.51 | 03/01/2025 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 69,585.75 | Trustee PrePet ▮▮▮ |
| 04/11/2025 | 848.57 | 04/01/2025 | 52.46 | 574.08 | 203.53 | 0.00 | -18.50 | 0.00 | 69,533.29 | Trustee Pmt ▮▮▮ |
| 04/16/2025 | 91.57 | 04/01/2025 | 0.00 | | -91.57 | 0.00 | 0.00 | 0.00 | 69,533.29 | US Risk, FPI Mar, Wire / INSDISB |
| 05/01/2025 | 18.50 | 04/01/2025 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 69,533.29 | Service Fee / FEEADD |
| 05/13/2025 | 848.57 | 05/01/2025 | 52.89 | 573.65 | 203.53 | 0.00 | -18.50 | 0.00 | 69,480.40 | Trustee Pmt / ▮▮▮ |
| 05/13/2025 | 55.51 | 05/01/2025 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 69,480.40 | Trustee PrePet / ▮▮▮ |
| 05/16/2025 | 91.57 | 05/01/2025 | 0.00 | | -91.57 | 0.00 | 0.00 | 0.00 | 69,480.40 | US Risk, FPI Apr, Wire / INSDISB |
| 06/01/2025 | 18.50 | 05/01/2025 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 69,480.40 | Service Fee / FEEADD |
| 06/08/2025 | 91.57 | 05/01/2025 | 0.00 | | -91.57 | 0.00 | 0.00 | 0.00 | 69,480.40 | US Risk, FPI May, Wire / INSDISB |
| 06/12/2025 | 848.57 | 06/01/2025 | 53.33 | 573.21 | 203.53 | 0.00 | -18.50 | 0.00 | 69,427.07 | Trustee Pmt / ▮▮▮ |
| 06/12/2025 | 55.51 | 06/01/2025 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 69,427.07 | Trustee PrePet / ▮▮▮ |

Monday, July 13, 2026

**Allied Servicing Corporation**

Courier Address: 1010 N Normandie Ste 204, Spokane WA 99201

Payment Address: PO Box 13245, Spokane WA 99213-3245

Toll Free 877-893-0240   Fax 509-893-8889   Email info@allservicing.com

Account ▮▮▮▮▮▮

Name   Mary Walton

Current Interest Rate:   9.90 %

| Date | Amount | IPDT | Principal | Interest | Escrow | Suspense | Advances/Fees | Late Charges | Principal Balance | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/2025 | 18.50 | 06/01/2025 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 69,427.07 | Service Fee / FEEADD |
| 07/06/2025 | 91.57 | 06/01/2025 | 0.00 | | -91.57 | 0.00 | 0.00 | 0.00 | 69,427.07 | US Risk, FPI June, Wire / INSDISB |
| 07/15/2025 | 848.57 | 07/01/2025 | 53.77 | 572.77 | 203.53 | 0.00 | -18.50 | 0.00 | 69,373.30 | Trustee Pmt / ▮▮▮▮ |
| 07/15/2025 | 55.51 | 07/01/2025 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 69,373.30 | Trustee PrePet ▮▮▮▮ |
| 07/30/2025 | | | | | | | 18.50 | | 69,373.30 | Service Fee / FEEADD |
| 08/10/2025 | 91.57 | 07/01/2025 | 0.00 | | -91.57 | 0.00 | 0.00 | 0.00 | 69,373.30 | US Risk, FPI Jul, Wire / INSDISB |
| 08/14/2025 | 848.57 | 08/01/2025 | 54.21 | 572.33 | 203.53 | 0.00 | -18.50 | 0.00 | 69,319.09 | Trustee Pmt ▮▮▮▮ |
| 08/14/2025 | 582.45 | 08/01/2025 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 69,319.09 | Trustee PrePet ▮▮▮▮ |
| 08/31/2025 | | | | | | | 18.50 | | 69,319.09 | Service Fee / FEEADD |
| 09/07/2025 | 91.57 | 08/01/2025 | 0.00 | | -91.57 | 0.00 | 0.00 | 0.00 | 69,319.09 | US Risk, FPI Aug, Wire / INSDISB |
| 09/16/2025 | 848.57 | 09/01/2025 | 54.66 | 571.88 | 203.53 | 0.00 | -18.50 | 0.00 | 69,264.43 | Trustee PrePet ▮▮▮▮ |
| 09/16/2025 | 120.76 | 09/01/2025 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 69,264.43 | Trustee PrePet ▮▮▮▮ |
| 09/30/2025 | | | | | | | 18.50 | | 69,264.43 | Service Fee / FEEADD |
| 10/07/2025 | 91.57 | 09/01/2025 | 0.00 | | -91.57 | 0.00 | 0.00 | 0.00 | 69,264.43 | US Risk, FPI Sept, Wire / INSDISB |
| 10/16/2025 | | | | | | | 0.00 | 25.06 | 69,264.43 | Assess Late Charge / LCADD |
| 10/17/2025 | 848.57 | 10/01/2025 | 55.11 | 571.43 | 203.53 | 0.00 | -18.50 | 0.00 | 69,209.32 | Trustee Pmt / ▮▮▮▮ |
| 10/17/2025 | 120.34 | 10/01/2025 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 69,209.32 | Trustee Prepet / ▮▮▮▮ |
| 10/30/2025 | | | | | | | 18.50 | | 69,209.32 | Service Fee / FEEADD |
| 11/09/2025 | 91.57 | 10/01/2025 | 0.00 | | -91.57 | 0.00 | 0.00 | 0.00 | 69,209.32 | US Risk, FPI Oct, Wire / INSDISB |
| 11/17/2025 | | | | | | | 0.00 | 25.06 | 69,209.32 | Assess Late Charge / LCADD |
| 11/30/2025 | | | | | | | 18.50 | | 69,209.32 | Service Fee / FEEADD |
| 12/14/2025 | 91.67 | 10/01/2025 | 0.00 | | -91.67 | 0.00 | 0.00 | 0.00 | 69,209.32 | US Risk, FPI Nov, Wire / INSDISB |
| 12/16/2025 | | | | | | | 0.00 | 25.06 | 69,209.32 | Assess Late Charge / LCADD |
| 12/30/2025 | | | | | | | 18.50 | | 69,209.32 | Service Fee / FEEADD |
| 12/31/2025 | 1379.42 | 10/01/2025 | 0.00 | | -1,379.42 | 0.00 | 0.00 | 0.00 | 69,209.32 | Hinds Cnty, 2025 ▮▮▮▮ TAXDISB |
| 01/10/2026 | 90.94 | 10/01/2025 | 0.00 | | -90.94 | 0.00 | 0.00 | 0.00 | 69,209.32 | US Risk, FPI Dec, Wire / INSDISB |

Monday, July 13, 2026

**Allied Servicing Corporation**

Courier Address: 1010 N Normandie Ste 204, Spokane WA 99201

Payment Address: PO Box 13245, Spokane WA 99213-3245

Toll Free 877-893-0240   Fax 509-893-8889   Email info@allservicing.com

Account █████

Name   Mary Walton

Current Interest Rate:   9.90 %

| Date | Amount | IPDT | Principal | Interest | Escrow | Suspense | Advances/Fees | Late Charges | Principal Balance | Note |
|------|--------|------|-----------|----------|--------|----------|---------------|--------------|-------------------|------|
| 01/12/2026 | 2545.71 | 01/01/2026 | 166.69 | 1,712.93 | 610.59 | 0.00 | -55.50 | 0.00 | 69,042.63 | Trustee 3 Pmts / ████ |
| 01/12/2026 | 64.89 | 01/01/2026 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 69,042.63 | Trustee PrePet / ████ |
| 01/12/2026 | 0.00 | 01/01/2026 | 0.00 | | 0.00 | 0.00 | 0.00 | -75.18 | 69,042.63 | Waive per BK / LCOFF |
| 02/01/2026 | 18.50 | 01/01/2026 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 69,042.63 | Service Fee / FEEADD |
| 02/08/2026 | 90.94 | 01/01/2026 | 0.00 | | -90.94 | 0.00 | 0.00 | 0.00 | 69,042.63 | US Risk, FPI Jan, Wire / INSDISB |
| 02/13/2026 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | -1,183.58 | 0.00 | 69,042.63 | Transfer FBR / MDEB |
| 02/13/2026 | 848.57 | 02/01/2026 | 56.94 | 569.60 | 203.53 | 0.00 | -18.50 | 0.00 | 68,985.69 | Trustee Pmt |
| 03/01/2026 | 18.50 | 02/01/2026 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 68,985.69 | Service Fee / FEEADD |
| 03/08/2026 | 90.94 | 02/01/2026 | 0.00 | | -90.94 | 0.00 | 0.00 | 0.00 | 68,985.69 | US Risk, FPI Feb, Wire / INSDISB |
| 03/13/2026 | 848.57 | 03/01/2026 | 57.41 | 569.13 | 203.53 | 0.00 | -18.50 | 0.00 | 68,928.28 | Pmt / ████ |
| 03/31/2026 | 18.50 | 03/01/2026 | 0.00 | | 0.00 | 0.00 | 18.50 | 0.00 | 68,928.28 | Service Fee / FEEADD |
| 04/13/2026 | 90.94 | 03/01/2026 | 0.00 | | -90.94 | 0.00 | 0.00 | 0.00 | 68,928.28 | US Risk, FPI Mar, Wire / INSDISB |
| 04/16/2026 | | | | | | | 0.00 | 25.06 | 68,928.28 | Assess Late Charge / LCADD |
| 04/17/2026 | 848.57 | 04/01/2026 | 57.88 | 568.66 | 203.53 | 0.00 | -18.50 | 0.00 | 68,870.40 | TrusteePost ████ |
| 04/30/2026 | | | | | | | 18.50 | | 68,870.40 | Service Fee / FEEADD |
| 05/17/2026 | 90.94 | 04/01/2026 | 0.00 | | -90.94 | 0.00 | 0.00 | 0.00 | 68,870.40 | US Risk, FPI Apr, Wire / INSDISB |
| 05/18/2026 | 848.57 | 05/01/2026 | 58.36 | 568.18 | 203.53 | 0.00 | -18.50 | 0.00 | 68,812.04 | Trustee Pmt ████ |
| 05/30/2026 | | | | | | | 18.50 | | 68,812.04 | Service Fee / FEEADD |
| 06/07/2026 | 90.94 | 05/01/2026 | 0.00 | | -90.94 | 0.00 | 0.00 | 0.00 | 68,812.04 | US Risk, FPI May, Wire / INSDISB |
| 06/16/2026 | 848.57 | 06/01/2026 | 58.84 | 567.70 | 203.53 | 0.00 | -18.50 | 0.00 | 68,753.20 | Trustee Pmt ████ |
| 06/30/2026 | | | | | | | 18.50 | | 68,753.20 | Service Fee / FEEADD |
| 07/07/2026 | 90.94 | 06/01/2026 | 0.00 | | -90.94 | 0.00 | 0.00 | 0.00 | 68,753.20 | US Risk, FPI June, Wire / INSDISB |
| 07/10/2026 | | | | | | | 10.00 | | 68,753.20 | Check By Phone / FEEADD |
| 07/13/2026 | 848.57 | 07/01/2026 | 59.33 | 567.21 | 203.53 | 0.00 | -18.50 | 0.00 | 68,693.87 | Trustee Pmt / ████ |

Monday, July 13, 2026

Page 12 of 13

**Allied Servicing Corporation**

Courier Address: 1010 N Normandie Ste 204, Spokane WA 99201

Payment Address: PO Box 13245, Spokane WA 99213-3245

Toll Free 877-893-0240   Fax 509-893-8889   Email info@allservicing.com

**Account** ▉▉▉▉▉

Name   Mary Walton

Current Interest Rate:   9.90 %

Monday, July 13, 2026

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

IN RE:

MARY ANN WALTON                                        CASE NO. 21-01777-JAW
    Debtor                                             CHAPTER 13

**<u>CERTIFICATE OF SERVICE</u>**

I, Kent D. McPhail, do hereby certify that I have on this the __15th__ day of July 2026, served

a true and correct copy of the Response to Notice of Final Cure Payment by serving the parties

listed below by the service method indicated:

**U.S. Mail, First Class Postage Prepaid:**

**Debtor**
Mary Ann Walton
505 Forest Lake Circle
Jackson, MS 39212

**ECF Filing Notification:**

**Attorneys for Debtor**
Jennifer A Curry Calvillo
702 W Pine St.
Hattiesburg, MS 39401
jennifer@therollinsfirm.com

Thomas Carl Rollins, Jr
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com

**Trustee**
Torri Parker Martin
200 North Congress Street, Suite 400
Jackson, MS 39201
tpm@tpmartinch13.com

**US Trustee**
501 East Court Street, Suite 6-430
Jackson, MS 39201
USTPRegion05.JA.ECF@usdoj.gov

                                        /S/ Kent D. McPhail
                                        KENT D. MCPHAIL