MSSB-7007.1-Bk (11/23)

**United States Bankruptcy Court**
**Southern District of Mississippi**

In re:   Mary Ann Walton

Case No.: 21-01777-JAW

*Debtor(s)*

Chapter: 13

**Corporate Ownership Statement**

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules,

Wordbot Holdings, LLC                                                                                      , a
[Name of Corporate Party]

**[Check One]**

✔ Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

☐ Corporate Debtor **FRBP 1007(a)(1)**

☐ Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

☐ Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

☐ The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

**OR**

✔ There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 07/20/2026

/s/ Kent D. McPhail
Attorney Signature

Kent D. McPhail                    2800
Attorney Name                     State Bar Number

P O Box 870
Address

Mobile  AL 36601
City, State, and Zip Code

251-438-2333          kent@mslawyers.law
Telephone Number      Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**