United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 21-01777-JAW
Mary Ann Walton Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 3
Date Rcvd: Nov 23, 2026 Form ID: 3180W Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary Ann Walton, 505 Forest Lake Circle, Jackson, MS 39212-4626 |
| cr | + | Lendmark Financial Services, Wilkinson Law Firm PC, Justin Saffle, 511 Keywood Circle, Flowood, MS 39232-3019 |
| cr | + | WORDBOT HOLDINGS, LLC/ ALLIED SERVICING CORPORATIO, 12804 POPLAR CREEK DRIVE, FAIRFAX, VA 22033-2033 |
| 5048537 | + | Allied Financial Corp, P.O. Box 13245, Spokane, WA 99213-3245 |
| 5055221 | + | Brittany Smith Taylor, Stephens Millirons, P.C., For Wordbot Holdings, LLC, 120 Seven Cedars Drive, Huntsville, AL 35802-1692 |
| 5048544 | + | Davis Podiatry, LLC, P.O. Box 23757, Jackson, MS 39225-3757 |
| 5048547 | ++ | HARBOR LOANS OF CLINTON INC, 322 HIGHWAY 80 EAST SUITE 8, CLINTON MS 39056-4726 address filed with court:, Harbor Loans of Clinton, 322 Hwy 80 E Ste 8, Clinton, MS 39056 |
| 5048548 | + | JetCredit 365, 8 Crestwood Rd, Boulevard, CA 91905-9725 |
| 5048550 | + | Makwa Finance, P.O. Box 843, Lac Du Flambeau, WI 54538-0843 |
| 5048551 | + | McGuffee Law Firm, P.O. Box 4219, Brandon, MS 39047-4219 |
| 5048552 | + | Merit Health Women's H, 1026 N Flowood Dr, Flowood, MS 39232-9532 |
| 5063963 | + | Rent-a-Center, 2860-B Hwy 80 E, Pearl, MS 39208-3496 |
| 5048557 | | Terminix International, 860 Ridge Lake Blvd, Memphis, TN 38120 |
| 5048559 | | Wilkinson Law Firm, 51 Keywood Circle, Flowood, MS 39232 |
| 5064120 | + | Wordbot Holdings, LLC, 12804 Poplar Creek Dr, Fairfax VA 22033-2033 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5048536 | + | Email/Text: bankruptcy@curo.com | Nov 23 2026 19:16:00 | 1st Heritage Credit, 3047 Hwy 80 E, Pearl, MS 39208-3434 |
| 5048543 | | Email/Text: bankruptcy_filings@creditninja.com | Nov 23 2026 19:15:00 | Credit Ninja, 27 N Wacker Dr, #404, Chicago, IL 60606 |
| 5048538 | + | EDI: CAPITALONE.COM | Nov 24 2026 00:11:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5061079 | + | EDI: AIS.COM | Nov 24 2026 00:11:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5048539 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Nov 23 2026 19:15:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5048540 | + | Email/Text: bankruptcy@cavps.com | Nov 23 2026 19:16:00 | Cavalry Portfolio, Attn: Bankruptcy, 500 Summit Lake Dr, Suite 400, Vahalla, NY 10595-2321 |
| 5049238 | + | Email/Text: bankruptcy@cavps.com | Nov 23 2026 19:16:00 | Cavalry SPV I, LLC as assignee of, Citibank, N.A./The Home Depot, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5048541 | + | EDI: CITICORP | Nov 24 2026 00:11:00 | CitiBank, 701 East 60th St N, Sioux Falls, SD 57104-0432 |
| 5060293 | | EDI: JEFFERSONCAP | Nov 24 2026 00:11:00 | Conn Appliances, Inc. d/b/a Conn's HomePlus as, servicer-in-fact and attorney-in-fact fo, c/o Becket and Lee LLP, PO Box 3002, Malvern PA |

| | | | | |
|---|---|---|---|---|
| | | | | 19355-0702 |
| 5048542 | + | EDI: JEFFERSONCAP.COM | Nov 24 2026 00:11:00 | Conn's HomePlus, Box 2358, Beaumont, TX 77704-2358 |
| 5048546 | | Email/Text: BNSFS@capitalsvcs.com | Nov 23 2026 19:15:00 | First Savings Bank, 500 East 60th St North, Sioux Falls, SD 57104 |
| 5048545 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 23 2026 19:17:00 | Fingerhut, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 5052969 | + | Email/Text: bankruptcy@curo.com | Nov 23 2026 19:16:00 | First Heritage Credit of Mississippi, LLC, d/b/a 1st Heritage Credit, First Heritage Credit, 3047 Hwy 80 East Ste B, Pearl MS 39208-3434 |
| 5065859 | + | Email/Text: bankruptcycourt@towerloan.com | Nov 23 2026 19:15:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5048549 | | Email/Text: bk@lendmarkfinancial.com | Nov 23 2026 19:15:00 | Lendmark Financial Services, LLC., 2118 Usher Street NW, Covington, GA 30014 |
| 5064621 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2026 19:27:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5056408 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 23 2026 19:27:35 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5048553 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 23 2026 19:17:01 | Merrick Bank/CardWorks, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5048554 | | Email/Text: bankruptcy@republicfinance.com | Nov 23 2026 19:16:00 | Republic Finance, 3405 Old Brandon Rd, Ste A/B, Pearl, MS 39208 |
| 5055330 | | Email/Text: bankruptcy@republicfinance.com | Nov 23 2026 19:16:00 | Republic Finance, LLC, 282 Tower Rd, Ponchatoula, LA 70454 |
| 5048555 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2026 19:17:26 | Resurgent Capital Svcs, P.O. Box 1410, Troy, MI 48099-1410 |
| 5048558 | | Email/Text: bankruptcycourt@towerloan.com | Nov 23 2026 19:15:00 | Tower Loan, Pob 320001, Flowood, MS 39232 |
| 5048556 | + | Email/Text: disputes@soaren-management.com | Nov 23 2026 19:15:00 | Target Cash Now, PO Box 581, Hays, MT 59527-0581 |
| 5275506 | + | Email/Text: forest@fmcfinance.net | Nov 23 2026 19:15:00 | UNITED CREDIT OF FOREST, 234-A N WOODLAND DRIVE, FOREST, MS 39074-3308 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Wordbot Holdings, LLC |
| cr | *+ | United Credit of Forest, 234-A N Woodland Drive, Forest, MS 39074-3308 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0538-3 User: mssbad Page 3 of 3
Date Rcvd: Nov 23, 2026 Form ID: 3180W Total Noticed: 39

Date: Nov 25, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brittany Smith Taylor | on behalf of Creditor Wordbot Holdings LLC brittany.taylor@padgettlawgroup.com, Siedah.Jennings@padgettlawgroup.com;bkecf@padgettlawgroup.com;brittany.taylor@ecf.courtdrive.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Mary Ann Walton jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Joseph Justin Saffle | on behalf of Creditor Lendmark Financial Services justin@wilkinsonlawms.com bk@wilkinsonlawms.com |
| Kent D. McPhail | on behalf of Creditor Wordbot Holdings LLC bankruptcynotices@mslawyers.law, KentMcPhailAssociatesLLC@jubileebk.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Mary Ann Walton trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| Torri Parker Martin | tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 7

***Information to identify the case:***

| | | | |
|---|---|---|---|
| Debtor 1 | **Mary Ann Walton**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx–xx–2535** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number: **21–01777–JAW**

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Mary Ann Walton**
aka Mary Seaberry Walton, aka Mary A Walton

Dated: 11/23/26

**By the court:** /s/Jamie A. Wilson
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**